**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| CONTENT AWARE, LLC, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Case N0. 2:26-CV-00066-RWS-RSP |
| V. | ) | |
| | ) | |
| EYEBUYDIRECT, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Defendant EyeBuyDirect, Inc. ("Defendant"), hereby notifies the Court and all parties of record that Amanda N. Brouillette, of the law firm Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309, will be appearing as an attorney of record on Defendant's behalf in the above-captioned matter. Ms. Brouillette is admitted to practice before the United States District Court for the Eastern District of Texas.

Dated:  April 9, 2026

Respectfully submitted,

/s/*Amanda N. Brouillette*
Amanda N. Brouillette
KILPATRICK, TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 685 6775
abrouillette@ktslaw.com

*Attorneys for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on April 9, 2026, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).

*/s/ Amanda N. Brouillette*